# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

James H. Gianninoto

Case No.: 14-35883

Hearing Date: 6/20/2017

Chapter: 7

Judge: John K. Sherwood

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __John K. Sherwood__, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Application for Retention of Professional Gary K. Norgaard, Esq. as Expert Witness

**Location of Hearing:** Courtroom No. 3D
US BANKRUTPCY COURT
50 WALNUT STREET
NEWARK, NJ 07102

**Date and Time:** June 20, 2017 @ 10:0 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: June 2, 2017

JEANNE A. NAUGHTON, Clerk

By: Zelda Haywood
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __June 2__, 20__17__ this notice was served on the following: Debtor, Debtor's Counsel , Creditor's Counsel and Trustee

JEANNE A. NAUGHTON, Clerk

By: Zelda Haywood
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-35883-JKS
James H. Gianninoto                                                     Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 02, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
intp           +Wendy P. Gianninoto,   153 Valley Street,   Ste Unit 402,   South Orange, NJ 07079-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2017 at the address(es) listed below:
              David A. Niles    on behalf of Defendant    JPMORGAN CHASE David.Niles@fnf.com
              David A. Niles    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               David.Niles@fnf.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Defendant    Internal Revenue Service eamonn.ohagan@usdoj.gov
              James H. Gianninoto    on behalf of Cross-Claimant Wendy  Gianninoto james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Interested Party Wendy P. Gianninoto
               james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Cross Defendant Wendy  Gianninoto james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Defendant Wendy  Gianninoto james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Debtor James H. Gianninoto james.gianninoto@gmail.com,
              James M. Bennett    on behalf of Defendant    State of New Jersey james.bennett@dol.lps.state.nj.us
              John Sywilok    sywilokattorney@sywilok.com,   nj26@ecfcbis.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Defendant    JPMORGAN CHASE NJ_ECF_Notices@buckleymadole.com
              Michael S. Kopelman    on behalf of Trustee John  Sywilok kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Counter-Defendant    John W. Sywilok LLC kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Plaintiff    John W. Sywilok LLC kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Accountant Lloyd F. George kopelaw@kopelmannj.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Richard P. Haber    on behalf of Defendant    JPMORGAN CHASE rich.haber@buckleymadole.com,
               NJ_ECF_Notices@buckleymadole.com
              Richard P. Haber    on behalf of Cross-Claimant    JPMORGAN CHASE rich.haber@buckleymadole.com,
               NJ_ECF_Notices@buckleymadole.com
              Richard P. Haber    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               rich.haber@buckleymadole.com,    NJ_ECF_Notices@buckleymadole.com
              Richard P. Haber    on behalf of Cross Defendant    JPMORGAN CHASE rich.haber@buckleymadole.com,
               NJ_ECF_Notices@buckleymadole.com
              Richard P. Haber    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rich.haber@buckleymadole.com,
               NJ_ECF_Notices@buckleymadole.com
              Scott S. Rever    on behalf of Debtor James H. Gianninoto srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
                                                                                                TOTAL: 24