UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

KOPELMAN & KOPELMAN LLP
55 Main Street
Hackensack, NJ 07601
Tel: 201 489-5500
Fax: 201489-7755
Michael S, Kopelman, Esq. (MSK 6104)
Attorneys for John W. Sywilok, Chapter 7 Trustee

Order Filed on June 15, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

JAMES H. GIANNINOTO

                    Debtor.

CHAPTER 7

CASE NO. 14-35883

JUDGE: John K. Sherwood, U.S.B.J.

Hearing Date: 6/13/17 @ 10:00 AM

## ORDER SETTLING CONTROVERSY

The relief set forth in the following pages numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: June 15, 2017**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:            James H. Gianninoto
Case No.:          14-35883 JKS
Caption of Order:  Order Settling Controversy

---

**THIS MATTER** being opened to the Court by Kopelman & Kopelman LLP (Michael S.

Kopelman, Esq. appearing for Chapter 7 Trustee, John W. Sywilok in the presence of Buckley

Madole P.C. (Richard P. Haber, Esq. appearing) attorneys for JP Morgan Chase Bank National

Association ("Chase") and Wendy P. Gianninoto, *pro se*, ("Wendy") and the Court having

conducted a settlement conference on June 13, 2017 resulting in a settlement which settlement

was placed on the record on June 13, 2017, and good and sufficient cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      Provided no appeal is filed from this order, 15 days from the date of this order, the

Chapter 7 Trustee, John W. Sywilok shall pay Wendy, surviving spouse of the debtor, James H.

Gianninoto, the sum of $21,945.00 representing the debtor's exemption claim in his former

residence located at 19 Glenwood Road, Upper Saddle River, New Jersey 07458.

2.      Provided no appeal is filed from this order, 15 days from the date of this order, the

Chapter 7 Trustee, John W. Sywilok shall pay Chase the sum of $10,620.47, representing one

half of its claim for payment of an administrative expense in the amount of $21,240.95

representing the amount Chase paid on account of post-petition taxes and insurance premiums on

behalf of the Gianninotos.

3.      Wendy and Chase agree not to object to Trustee's request for payment of

commissions and Trustee's counsel's fee application both to be filed.

4.      Trustee waives his 11 U.S.C. § 506 (c) claim against Chase.

5.      This order settles all outstanding claims by and between the parties.

2

6.      The Clerk shall serve notice of the entry of this order upon the Debtor, the

Debtor's attorney, the United States Trustee and any other party who entered an appearance in

this matter.