UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on June 15, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

KOPELMAN & KOPELMAN LLP
55 Main Street
Hackensack, NJ 07601
Tel: 201 489-5500
Fax: 201489-7755
Michael S, Kopelman, Esq. (MSK 6104)
Attorneys for John W. Sywilok, Chapter 7 Trustee

In Re:

JAMES H. GIANNINOTO

                  Debtor.

CHAPTER 7

CASE NO. 14-35883

JUDGE: John K. Sherwood, U.S.B.J.

Hearing Date: 6/13/17 @ 10:00 AM

## ORDER SETTLING CONTROVERSY

The relief set forth in the following pages numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: June 15, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:              James H. Gianninoto
Case No.:           14-35883 JKS
Caption of Order:   Order Settling Controversy

**THIS MATTER** being opened to the Court by Kopelman & Kopelman LLP (Michael S. Kopelman, Esq. appearing for Chapter 7 Trustee, John W. Sywilok in the presence of Buckley Madole P.C. (Richard P. Haber, Esq. appearing) attorneys for JP Morgan Chase Bank National Association ("Chase") and Wendy P. Gianninoto, *pro se*, ("Wendy") and the Court having conducted a settlement conference on June 13, 2017 resulting in a settlement which settlement was placed on the record on June 13, 2017, and good and sufficient cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Provided no appeal is filed from this order, 15 days from the date of this order, the Chapter 7 Trustee, John W. Sywilok shall pay Wendy, surviving spouse of the debtor, James H. Gianninoto, the sum of $21,945.00 representing the debtor's exemption claim in his former residence located at 19 Glenwood Road, Upper Saddle River, New Jersey 07458.

2. Provided no appeal is filed from this order, 15 days from the date of this order, the Chapter 7 Trustee, John W. Sywilok shall pay Chase the sum of $10,620.47, representing one half of its claim for payment of an administrative expense in the amount of $21,240.95 representing the amount Chase paid on account of post-petition taxes and insurance premiums on behalf of the Gianninotos.

3. Wendy and Chase agree not to object to Trustee's request for payment of commissions and Trustee's counsel's fee application both to be filed.

4. Trustee waives his 11 U.S.C. § 506 (c) claim against Chase.

5. This order settles all outstanding claims by and between the parties.

2

6. The Clerk shall serve notice of the entry of this order upon the Debtor, the Debtor's attorney, the United States Trustee and any other party who entered an appearance in this matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-35883-JKS
James H. Gianninoto                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin          Page 1 of 1           Date Rcvd: Jun 15, 2017
                       Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
db             +James H. Gianninoto,   153 Valley Street,   Ste Unit 402,   South Orange, NJ 07079-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
              David A. Niles    on behalf of Defendant    JPMORGAN CHASE David.Niles@fnf.com
              David A. Niles    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               David.Niles@fnf.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Defendant    Internal Revenue Service eamonn.ohagan@usdoj.gov
              James H. Gianninoto    on behalf of Cross-Claimant Wendy  Gianninoto james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Interested Party Wendy P. Gianninoto
               james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Cross Defendant Wendy  Gianninoto james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Defendant Wendy  Gianninoto james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Debtor James H. Gianninoto james.gianninoto@gmail.com,
              James M. Bennett    on behalf of Defendant    State of New Jersey james.bennett@dol.lps.state.nj.us
              John  Sywilok     sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Defendant    JPMORGAN CHASE NJ_ECF_Notices@buckleymadole.com
              Michael S. Kopelman    on behalf of Trustee John  Sywilok kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Counter-Defendant    John W. Sywilok LLC kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Plaintiff    John W. Sywilok LLC kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Accountant Lloyd F. George kopelaw@kopelmannj.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Richard P. Haber    on behalf of Defendant    JPMORGAN CHASE rich.haber@buckleymadole.com,
               NJ_ECF_Notices@buckleymadole.com
              Richard P. Haber    on behalf of Cross-Claimant    JPMORGAN CHASE rich.haber@buckleymadole.com,
               NJ_ECF_Notices@buckleymadole.com
              Richard P. Haber    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               rich.haber@buckleymadole.com, NJ_ECF_Notices@buckleymadole.com
              Richard P. Haber    on behalf of Cross Defendant    JPMORGAN CHASE rich.haber@buckleymadole.com,
               NJ_ECF_Notices@buckleymadole.com
              Richard P. Haber    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rich.haber@buckleymadole.com,
               NJ_ECF_Notices@buckleymadole.com
              Scott S. Rever    on behalf of Debtor James H. Gianninoto srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
                                                                                             TOTAL: 24