UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No.: __14-35883__

JAMES H. GIANNINOTO    Chapter: __7__

Judge: __John K. Sherwood__

## NOTICE OF PROPOSED ABANDONMENT

_____John W. Sywilok_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | 50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __October 3, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 12 acres undeveloped, unsurveyed and land locked land located in East Holdem, ME  Map/Lot 004-053-000-00<br>Market Value is $1,500.00. |

| | |
|---|---|
| Liens on property: | None |

| | |
|---|---|
| Amount of equity claimed as exempt: | $1,500.00 |

Objections must be served on, and requests for additional information directed to:

Name:    __John W. Sywilok. Chapter 7 Trustee__    *[signature: John W. Sywilok]*

Address:    __51 Main Street, Hackensack, NJ 07601__

Telephone No.: __(201) 487-9390__

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-35883-JKS
James H. Gianninoto                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Aug 31, 2017
                              Form ID: pdf905          Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
```
db          +James H. Gianninoto,    153 Valley Street,    Ste Unit 402,    South Orange, NJ 07079-2846
acc         +Cheryl A. Zega,    Ronald V. Bozzo, CPA, Inc.,    64 Salem Road,
              Township of Washington, NJ 07676-4529
r           +Edith Josephson,    RE/MAX Real Estate Limited,    297 Kinderkamack Rd.,    Oradell, NJ 07649-1538
acc         +Lloyd F. George,    Lloyd F.George CPA, LLC,    46 Hamilton Lane,    Plainsboro, NJ 08536-1126
intp        +Wendy P. Gianninoto,    153 Valley Street,    Ste Unit 402,    South Orange, NJ 07079-2846
515282166   +Agostino & Associates PC,    14 Washington Place,    Hackensack, NJ 07601-7008
515282167    American Express,    Customer Service,    P.O. Box 981535,    El Paso, TX 79998-1535
515381092    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515249035   +American Express Centurion Bank,    4315 S. 2700 West,    Salt Lake City, UT 84184-0001
515249036   +American Express Centurion Bank,    Revolving Credit Department,    4315 South 2700 West,
              Salt Lake City, UT 84184-0001
515282169   +Bank of America,    PO Box 15285,    Wilmington, DE 19850-5285
515282168    Bank of America,    PO Box 9410,    Simi Valley, CA 93099-1000
515249037   +Bank of America,    PO Box 941000,    Simi Valley, CA 93094-1000
515249038   +Blue Hill Memorial Hospital,    57 Water Street,    Blue Hill, ME 04614-5231
515249045   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citi Cards,    P.O. Box 183051,    Columbus, OH 43218-3051)
515329173    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515249039    Capital One Bank, N.A.,    P.O Box 71083,    Charlotte, NC 28272-1083
515282170    Capital One Bank, N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
515249040   +Chase Auto Finance,    PO Box 9001801,    Louisville, KY 40290-1801
515282172   +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
515249041    Chase Cardmember Service,    P.O Box 15153,    Wilmington, DE 19886-5153
515249042    Chase Cardmember Service,    PO Box 15123,    Wilmington, DE 19850-5123
515249043    Chase Cardmember Services,    P.O. Box 15123,    Wilmington, DE 19885-5153
515249044    Chase Cardmember Services,    P.O. Box 15123,    Wilmington, DE 19886-5153
515282173   +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
515249046    Columbia Doctors,    Dept. of Nuerology,    Dr. Roberts,    PO Box 29748,
              New York, NY 10087-9784
515249050   +DS Anthony Fasciano,    617 E. Palisades Avenue,    Englewood Cliffs, NJ 07632-1835
515249047    Department of Education,    Fed Loan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
515249049    Dr. Golnaz Moazami,    Dept of Opthamology,    835 West 165th Street,    Suite 304,
              New York, NY 10032-3784
515282175   +Eric Calantone, Esq.,    Jaffe & Asher LLP,    600 Third Avenue,    New York, NY 10016-1901
515249051   +Gil D. Messina, Esq.,    Messina Law Firm, P.C.,    961 Holmdel Road,    Holmdel, NJ 07733-2103
515249052   +High Focus,    40 Eisenhower Drive,    Paramus, NJ 07652-1404
515249053   +Hillside Associates,    PO Box 624,    Attn: Larry Policastro,    Lanoka Harbor, NJ 08734-0624
515249058    Internal Revenue Service Center,    Department of Treasury,    Kansas City, MO 39901-0099
515282176   +JP Morgan Chase Bank,    PO Box 182613,    Columbus, OH 43218-2613
515249059   +JP Morgan Chase Bank NA,    successor to Washington Mutual Bank, FA,    3415 Vision Drive,
              Columbus, OH 43219-6009
516325525   +JPMorgan Chase Bank, N.A.,    c/o Richard P. Haber, Esq.,    Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
515282177   +Kantanya The Seer,    EsoWorld, Inc.,    PO Box 16002,    New Brunswick, NJ 08906-6002
515282178   +Lee S. Dennison, PC,    231 High Street,    Mount Holly, NJ 08060-1450
515249060    New Jersey Division of Taxation,    Dept of Treasury,    State of New Jersey,
              Trenton, NJ 08646-0046
515249062    PCH,    c/o Sunrise Collection Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
515356554   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
              Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515249064   +State of New Jersey,    Division of Taxation,    CN 249,    Trenton, NJ 08602-0249
515249065    Summit Collection Services, Inc.,    POBox 306,    Ho Ho Kus, NJ 07423-0306
515249066   +Summit Oaks Hospital,    c/o Lee S. Dennson, D.C.,    231 High Street,
              Mount Holly, NJ 08060-1450
515414381    U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
              Harrisburg, PA  17106-9184
515282179   +United Recovery Collection Bureau,    5620 Southwyck Blvd,    Suite 206,    Toledo, OH 43614-1501
515282180   +Vega Bros. Landscaping,    6 Johnson Drive,    Warwick, NY 10990-3733
515249067   #+Wendy P. Gianninoto,    19 Glenwood Road,    Saddle River, NJ 07458-2208
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 31 2017 23:22:28      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 31 2017 23:22:26      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515249034   +E-mail/Text: pallen@advancedcollectionservices.net Aug 31 2017 23:23:18
              Advanced Collection Services,    PO Box 7103,    Lewiston, ME 04243-7103
515282171    E-mail/Text: bk.notifications@jpmchase.com Aug 31 2017 23:22:16      Chase Auto Finance,
              PO Box 901076,    Fort Worth, TX 76101-2076
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Aug 31, 2017
                              Form ID: pdf905          Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515454629        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2017 00:12:14     Citibank, N.A.,
                  c/o American InfoSource LP,    PO Box 248840,   Oklahoma City, OK 73124-8840
515282174        E-mail/Text: mrdiscen@discover.com Aug 31 2017 23:21:46     Discover,   PO Box 30943,
                  Salt Lake City, UT 84130
515249048        E-mail/Text: mrdiscen@discover.com Aug 31 2017 23:21:46     Discover,   PO Box 71084,
                  Charlotte, NC 28272-1084
515310515        E-mail/Text: mrdiscen@discover.com Aug 31 2017 23:21:46     Discover Bank,
                  Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
515249056        E-mail/Text: cio.bncmail@irs.gov Aug 31 2017 23:22:03     Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
515475718       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 31 2017 23:23:44
                  PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515401744*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515249054*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                  (address filed with court:   Home Depot Credit Services,    P.O. Box 182676,
                  Columbus, OH 43218-2676)
515249055*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,    Department of Treasury,
                  Kansas City, MO 64999-0029)
515249057*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Service,    Special Procedures,
                  955 So. Springfield Avenue,    Springfield, NJ 07081)
515249061*       New Jersey Division of Taxation,    Department of Treasury,   State of New Jersey,
                  Trenton, NJ 08646-0046
515249063       ##+State of Connecticut Dept. of Revenue Se,    State of Connecticut Dept. of Revenue Sv,
                  25 Sigourney Street,    Hartford, CT 06106-5003
                                                                                  TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
```
              David A. Niles    on behalf of Defendant    JPMORGAN CHASE David.Niles@fnf.com
              David A. Niles    on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               David.Niles@fnf.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Defendant    Internal Revenue Service eamonn.ohagan@usdoj.gov
              James H. Gianninoto     on behalf of Defendant Wendy   Gianninoto james.gianninoto@gmail.com,
              James H. Gianninoto     on behalf of Debtor James H. Gianninoto james.gianninoto@gmail.com,
              James H. Gianninoto     on behalf of Cross-Claimant Wendy   Gianninoto james.gianninoto@gmail.com,
```

```
District/off: 0312-2                  User: admin                     Page 3 of 3                  Date Rcvd: Aug 31, 2017
                                      Form ID: pdf905                 Total Noticed: 59


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              James H. Gianninoto    on behalf of Interested Party Wendy P. Gianninoto
               james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Cross Defendant Wendy  Gianninoto james.gianninoto@gmail.com,
              James M. Bennett    on behalf of Defendant    State of New Jersey james.bennett@dol.lps.state.nj.us
              John  Sywilok    sywilokattorney@sywilok.com,  nj26@ecfcbis.com
              Melissa N. Licker    on behalf of Defendant    JPMORGAN CHASE NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@buckleymadole.com
              Michael S. Kopelman    on behalf of Plaintiff    John W. Sywilok LLC kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Accountant Lloyd F. George kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Trustee John  Sywilok kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Counter-Defendant    John W. Sywilok LLC kopelaw@kopelmannj.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Richard P. Haber    on behalf of Cross Defendant    JPMORGAN CHASE rich.haber@buckleymadole.com,
               NJ_ECF_Notices@buckleymadole.com
              Richard P. Haber    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rich.haber@buckleymadole.com,
               NJ_ECF_Notices@buckleymadole.com
              Richard P. Haber    on behalf of Defendant    JPMORGAN CHASE rich.haber@buckleymadole.com,
               NJ_ECF_Notices@buckleymadole.com
              Richard P. Haber    on behalf of Cross-Claimant    JPMORGAN CHASE rich.haber@buckleymadole.com,
               NJ_ECF_Notices@buckleymadole.com
              Richard P. Haber    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               rich.haber@buckleymadole.com,  NJ_ECF_Notices@buckleymadole.com
              Scott S. Rever    on behalf of Debtor James H. Gianninoto srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
                                                                                                 TOTAL: 24
```