# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:   14–35883–JKS
        Chapter:   7
        Judge:   John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James H. Gianninoto
   aka James Gianninoto, aka James Hall
   Gianninoto
   153 Valley Street
   Ste Unit 402
   South Orange, NJ 07079

Social Security No.:
   xxx–xx–4401

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:    5/3/18
Time:    10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Michael S. Kopelman, Esq. (Kopelman & Kopelman LLP, Trustee's Counsel

COMMISSION OR FEES
$177,850.00

EXPENSES
$965.59

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: March 29, 2018
JAN: env

Jeanne Naughton
Clerk

Case 14-35883-JKS    Doc 182    Filed 03/29/18    Entered 03/29/18 13:58:36    Desc Ntc of Hrg on Aplc for Comp    Page 2 of 2