UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KOPELMAN & KOPELMAN LLP
55 Main Street
Hackensack, NJ 07601
Tel: 201 489-5500
Fax: 201 489-7755
Michael S. Kopelman, Esq. (MSK 6104)

Order Filed on May 15, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

JAMES H. GIANNINOTO

| | |
|---|---|
| Case No.: | 14-35883 |
| Hearing Date: | 4/19/18 |
| Judge: | John K. Sherwood |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 15, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Kopelman & Kopelman LLP | $122,242.38* | $965.59 |

*Counsel has requested that his fee award be reduced to this amount

*rev.8/1/15*