UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

KOPELMAN & KOPELMAN LLP
55 Main Street
Hackensack, NJ 07601
Tel: 201 489-5500
Fax: 201 489-7755
Michael S. Kopelman, Esq. (MSK 6104)

In Re:

JAMES H. GIANNINOTO

Order Filed on May 21, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-35883

Hearing Date: 5/3/18

Judge: John K. Sherwood

Chapter: 7

## AMENDED - ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: May 21, 2018

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Kopelman & Kopelman LLP | $123,348.73* | $965.59 |

*Counsel has requested that his fee award be reduced to this amount.

*rev.8/1/15*

2