UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KOPELMAN & KOPELMAN LLP
55 Main Street
Hackensack, NJ 07601
Tel: 201 489-5500
Fax: 201 489-7755
Michael S. Kopelman, Esq. (MSK 6104)

**Order Filed on May 21, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

JAMES H. GIANNINOTO

| | |
|---|---|
| Case No.: | 14-35883 |
| Hearing Date: | 5/3/18 |
| Judge: | John K. Sherwood |
| Chapter: | 7 |

## AMENDED - ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 21, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Kopelman & Kopelman LLP | $123,348.73* | $965.59 |

*Counsel has requested that his fee award be reduced to this amount.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 14-35883-JKS
James H. Gianninoto                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 21, 2018
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db            +James H. Gianninoto,    153 Valley Street,    Ste Unit 402,    South Orange, NJ 07079-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018

Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              David A. Niles    on behalf of Defendant    JPMORGAN CHASE David.Niles@fnf.com
              David A. Niles    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               David.Niles@fnf.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Defendant    Internal Revenue Service eamonn.ohagan@usdoj.gov
              James H. Gianninoto    on behalf of Cross-Claimant Wendy Gianninoto james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Interested Party Wendy P. Gianninoto
               james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Cross Defendant Wendy Gianninoto james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Defendant Wendy Gianninoto james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Debtor James H. Gianninoto james.gianninoto@gmail.com,
              James M. Bennett    on behalf of Defendant    State of New Jersey james.bennett@dol.lps.state.nj.us
              John Sywilok    sywilokattorney@sywilok.com,    nj26@ecfcbis.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Defendant    JPMORGAN CHASE BANK NJ_ECF_Notices@buckleymadole.com
              Michael S. Kopelman    on behalf of Trustee John Sywilok kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Counter-Defendant    John W. Sywilok LLC kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Plaintiff    John W. Sywilok LLC kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Accountant Lloyd F. George kopelaw@kopelmannj.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Richard P. Haber    on behalf of Defendant    JPMORGAN CHASE rich.haber@mccalla.com,
               NJ_ECF_Notices@mccalla.com
              Richard P. Haber    on behalf of Cross-Claimant    JPMORGAN CHASE rich.haber@mccalla.com,
               NJ_ECF_Notices@mccalla.com
              Richard P. Haber    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               rich.haber@mccalla.com,  NJ_ECF_Notices@mccalla.com
              Richard P. Haber    on behalf of Cross Defendant    JPMORGAN CHASE rich.haber@mccalla.com,
               NJ_ECF_Notices@mccalla.com
              Richard P. Haber    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rich.haber@mccalla.com,
               NJ_ECF_Notices@mccalla.com
              Scott S. Rever    on behalf of Debtor James H. Gianninoto srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
                                                                                    TOTAL: 24