Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 14–35883–JKS
                              Chapter: 7
                              Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James H. Gianninoto
   aka James Gianninoto, aka James Hall
   Gianninoto
   153 Valley Street
   Ste Unit 402
   South Orange, NJ 07079

Social Security No.:
   xxx–xx–4401

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
## OF HEARING ON APPLICATIONS FOR COMPENSATION
## (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

    THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

    NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE:              August 16, 2018
TIME:              10:00 AM
LOCATION:     Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:           $341,150.00
TOTAL DISBURSEMENTS:   $197,484.35
BALANCE ON HAND:         $143,665.65

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
John W. Sywilok

COMMISSION OR FEES
$19,210.25

EXPENSES

Case 14-35883-JKS    Doc 189    Filed 07/03/18    Entered 07/03/18 15:29:56    Desc Ntc
of Hrg on Final Meeting    Page 2 of 2

$141.08

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: July 3, 2018
JAN: nds

                                                          Jeanne Naughton
                                                          Clerk