| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>JOHN W. SYWILOK (JS2289)<br>51 MAIN STREET<br>HACKENSACK, NJ  07601<br>Chapter 7 Trustee<br>(201) 487-9390 | Order Filed on August 20, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>GIANNINOTO, JAMES H.<br><br><br>Debtor | Case No.: 14-35883<br><br>Judge: John K. Sherwood |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 20, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: GIANNINOTO, JAMES H.
Case No.: 14-35883/JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $ 19,210.25 is reasonable compensation for the services in this case by JOHN W. SYWILOK, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $ 141.08 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.