| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>JOHN W. SYWILOK (JS2289)<br>51 MAIN STREET<br>HACKENSACK, NJ 07601<br>Chapter 7 Trustee<br>(201) 487-9390 |
| In Re:<br><br>GIANNINOTO, JAMES H.<br><br><br><br>Debtor |

Order Filed on August 20, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-35883

Judge: John K. Sherwood

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

DATED: August 20, 2018

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: GIANNINOTO, JAMES H.
Case No.: 14-35883/JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $ 19,210.25 is reasonable compensation for the services in this case by JOHN W. SYWILOK, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $ 141.08 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-35883-JKS
James H. Gianninoto                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1            Date Rcvd: Aug 20, 2018
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db             +James H. Gianninoto,    153 Valley Street,    Ste Unit 402,   South Orange, NJ 07079-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              David A. Niles    on behalf of Defendant    JPMORGAN CHASE David.Niles@fnf.com
              David A. Niles    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               David.Niles@fnf.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Defendant    Internal Revenue Service eamonn.ohagan@usdoj.gov
              James H. Gianninoto    on behalf of Cross-Claimant Wendy  Gianninoto james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Interested Party Wendy P. Gianninoto
               james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Cross Defendant Wendy  Gianninoto james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Defendant Wendy  Gianninoto james.gianninoto@gmail.com,
              James H. Gianninoto    on behalf of Debtor James H. Gianninoto james.gianninoto@gmail.com,
              John  Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com, nj26@ecfcbis.com
              John  Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Defendant    JPMORGAN CHASE NJ_ECF_Notices@buckleymadole.com
              Michael S. Kopelman    on behalf of Trustee John  Sywilok kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Counter-Defendant    John W. Sywilok LLC kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Plaintiff    John W. Sywilok LLC kopelaw@kopelmannj.com
              Michael S. Kopelman    on behalf of Accountant Lloyd F. George kopelaw@kopelmannj.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Richard P. Haber    on behalf of Defendant    JPMORGAN CHASE rich.haber@mccalla.com,
               NJ_ECF_Notices@mccalla.com
              Richard P. Haber    on behalf of Cross-Claimant    JPMORGAN CHASE rich.haber@mccalla.com,
               NJ_ECF_Notices@mccalla.com
              Richard P. Haber    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               rich.haber@mccalla.com, NJ_ECF_Notices@mccalla.com
              Richard P. Haber    on behalf of Cross Defendant    JPMORGAN CHASE rich.haber@mccalla.com,
               NJ_ECF_Notices@mccalla.com
              Richard P. Haber    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. rich.haber@mccalla.com,
               NJ_ECF_Notices@mccalla.com
              Scott S. Rever    on behalf of Debtor James H. Gianninoto srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
                                                                                               TOTAL: 24