Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 14–35883–JKS
    Chapter: 7
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  James H. Gianninoto
  aka James Gianninoto, aka James Hall Gianninoto
  153 Valley Street
  Ste Unit 402
  South Orange, NJ 07079

Social Security No.:
  xxx–xx–4401

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John Sywilok is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 18, 2019</u>        <u>John K. Sherwood</u>
                                            Judge, United States Bankruptcy Court